In the Matter of MARY S. BURDAK et al., Appellants; JAMES F. EGAN, as Public Administrator of New York County, et al., Respondents.

Argued January 5, 1943; decided February 25, 1943.

*Theodore E. Wolcott* and *Meyer Weltsner* for appellants.

*Joseph A. Cox, Joseph G. Blum, Joseph H. Stern* and *Joseph T. Arenson* for respondents.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.